```
1  Glen L. Kulik (SBN 082170)
   Alisa S. Edelson (SBN 216269)
2  KULIK, GOTTESMAN, MOUTON & SIEGEL, LLP
3  15303 Ventura Boulevard, Suite 1400
   Sherman Oaks, California 91403
4  Telephone: (310) 557-9200
5  Facsimile: (310) 557-0224
   gkulik@kgmslaw.com
6  aedelson@kgmslaw.com
7
   Attorneys for Plaintiff,
8  TJ Soft, Inc. dba WinFashion
```

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJ SOFT, INC., dba WINFASHION, a California Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>GURU DENIM, INC., a California Corporation; KYE HAN KIM, an individual; MARK SALTZMAN, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: CV 07-3112 MMM (SHx)<br><br>[Assigned to Hon. Margaret M. Morrow]<br><br>[PROPOSED] PROTECTIVE ORDER REGARDING JOINT STIPULATION FOR CONFIDENTIALITY OF DOCUMENTS AND INFORMATION<br><br>Complaint filed: May 10, 2007<br>Trial Date: August 19, 2008 |

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The terms of the foregoing Stipulated Protective Order are adopted as an Order of this Court.

2/22/08
Date

_____
The Honorable Stephen J. Hillman
United States District Court for the
Central District of California

# PROOF OF SERVICE

I, Kelly Jimenez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and am not a party to the within action; my business address is 15303 Ventura Blvd., Ste. 1400, Sherman Oaks, CA 91403.

On February 22, 2008, I served the foregoing document described as:

**[PROPOSED] PROTECTIVE ORDER REGARDING JOINT STIPULATION FOR CONFIDENTIALITY OF DOCUMENTS AND INFORMATION**

on all interested parties by enclosing a true copy thereof in an envelope which was then sealed and addressed to each as follows:

***Defendants Guru Denim, Inc., Kyehan Kim and Mark Saltzman***
Douglas E. Mirell, Esq.
David Grossman, Esq.
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Tel.: (310) 282-2000
Fax: (310) 282-2200

__X__ **BY MAIL:** [C.C.P. § 1013a] -- I placed such envelope(s) for collection and mailing pursuant to the ordinary business practices of this firm on the above-referenced date. I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service at Sherman Oaks, California, with first-class postage prepaid on the same day that it is placed for collection and mailing.

__X__ **BY ELECTRONIC TRANSMISSION:** [C.C.P. § 1010.6] -- I served a copy by electronic transmission to the the email address for the addressee(s) on the attached service list.

Executed on February 22, 2008, at Sherman Oaks, California.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

____Kelly Jimenez____          *[signature]*
Name                            Signature

{00085301.DOC}                     1
PROOF OF SERVICE